# UNITED STATES DISTRICT COURT
## District of Minnesota

Manuel Francisco Guasco Loja,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
Daren K. Margolin, David Easterwood,
Department of Homeland Security,
Immigration and Customs Enforcement,
Executive Office for Immigration Review,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-122 KMM/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to provide Petitioner with a bond hearing under 8 U.S.C. §1226(a) within seven days of the date of this Order.

4. If Respondents do not provide Petitioner with a bond hearing as required above, Petitioner must be released from detention.

5. Finally, the Court **ORDERS** Respondents to file notice on the docket within 24 hours of either the provision of a bond hearing or Petitioner's release.

Date: 1/17/2026

KATE M. FOGARTY, CLERK